UNITED STATES OF AMERICA DISTRICT SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JURY TRAIL )<br>ANTHONY HENDERSON )<br>ARTS & ARTISTS INC. )<br>    )<br>    Plaintiffs ) Case No. _____<br>    )<br>    v. )<br>    )<br>NFL COMMISSIONER ROGER GOODELL )<br>        OWNERS ) | |

Defendants Consolidated Lawsuit


**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW ANTHONY HENDERSON AND ARTS & ARTISTS INC. the plaintiff in the above entitled and numbered cause and respectfully moves this court grant this civil consolidated lawsuit against the defendants owners of the NFL, Bill Bidwill, Arthur Blank, Steve Bisciotti, Kim & Terry Pegula, Jerry Richardson, Virginia Halas McCaskey, Mike Brown, Jimmy Haslam, Robert Wood Johnson IV, Carol & Mark Davis, Jeffery Lurie & Christian Wiess Lurie, Art Rooney II, Jed York, Paul Allen, Bryan Glazer, John Mara, Steve Tisch, Susie Smith, Amy Strunk, Susan Lewis, Barclay Adam, Kenneth Adams, Dan Synder, Jerry Jones, Pat Bowlne, Martha Ford, Green Bay Packer Inc., Robert C. McNair, Jim Irsay, Shahid Khan, Clark Hunt, Alex Spanos, Stan, Kroenke, Stephen M. Ross, Zygi Wilf, and Robert Kraft.

1.

The case of Anthony Henderson Case No: 4:17-cv-00 100 Anthony Henderson & Arts & Artists Inc. et al v. Nike, NFL, NBA, NCAA, MSL, Wal-Mart, Adidas, Citi-Trend, Under Amour, And 1, Family Dollar et al is presently at the default stage of this case without none of the defendant responding or reply the plaintiff lawsuit or settlement terms and conditions. The plaintiff demand several time that the defendant no longer televise his company product design concept on the NFL football broadcasts. The plaintiff also filed sanctions against all of the defendants.

2.

Presently I the plaintiff awaits the Default Hearing to close the case. The defendants are presently in contempt of court for not providing disclosure to the plaintiff, to the court, and to Judge Sim Lake in which was ordered by the court. I discovered on Sunday October 29, 2017 while watching a NFL football television broadcast I notice NFL has refuse to remove the Nike the logo from thigh location on their football uniform after and demanding and asking them since December 1, 2015 and they continue to engage in Copyright Infringement, Intellectual Property Theft (**The Stealing Of Ideas, )**, Conspiracy, and Racketeering.

3.

My company have no other choice but to hold NFL Commissioner Roger Goodell and every NFL owners, financially, and criminally responsible and accountable for the acts racism and economics damages against my company over and over again. The defendants not only continue to copyright infringe on company product design concept. They continue to aggravated the situation and the lawsuit by stealing my company Number Hoodie Design Concept without once again having a copyright licensing agreement put in place and once again not compensating company for its Hoodie Number design concept. Also I report these incident to Houston Police Department. My company position in the Disclosure Settlement Terms and Conditions and Default Summation. My company do not want to do business with the present management under the leadership of NFL Commissioner Roger Goodell.

4.

My company position by the NFL televising my company Hoodie Number Design concept on their television broadcast was a spiteful racist act of retaliation against my company product, product image, and personally racist attack against and my company. The NFL who has America history of breaking racial barrier as a legacy American corporation and can't believe they are acting and engaging in these type of racist discriminatory tactics. When they have a football field filled with black players who have model my company Number Hoodie Design Concept and the Nike/NFL Uniform with Nike brand on it thigh on last Sunday televised game. I don't know what is wrong with the NFL who continue want to inflame this legal grievance and create additional lawsuit of fine American Sport Industry. It appear that the NFL and its athletes are more interested and is more focus in making a football Hip-Hop fashion statement than playing football because their illegal focus on my company Hip-Hop Fashion design concept.

5.

Personally, me and my company regret that we have to file another lawsuit against NFL because they will not adhere to God Law, Man Law, and Law of Land because in the United States of America it is against God Law, Man Land, and the Law of the Land to steal. The NFL has violated my company economic rights and practiced their form of racism and economic discrimination against my company again and again. But not only that under the present leadership of NFL Commissioner Roger Goodell they have disrespected and violated my humans rights, my civils rights, my constitutional rights and the economic rights of my corporation. I filed this because I don't think the NFL under the present leadership will listen nor obey laws against copyright infringement and intellectual property theft in the United States Of America and we are forced to charge them again with Racketeering my company design concept, copyright infringing, again engaging intellectual property theft against my company, product concept development fraud, and conspiracy against my company.

6.

Because of my poverty and because could not find any legal representation I pray the court will allow me to file this petition and lawsuit In Pro Propria Persona. Wherefore, the plaintiff pray that court grant this lawsuit and rule in the favor of the plaintiff against each defendant with all prejudice in the amount of $25 Million Dollars per defendant for Copyright Infringement, Intellectual Property Theft, Conspiracy, Racketerring, Civil Rights, Consitutional Rights, and Human Rights violation, damges, puntiative damage for corporate conspiracy, corporate

## ITEMIZE CIVIL AND CRIMINAL CHARGES
### Anthony Henderson & Arts & Artists vs. NFL Commissioner Roger Goodell

1. Racketeering                                                         $25,000,000.00
2. Copyright Infringement
3. Intellectual Property Theft
4. Conspiracy
5. Concept Product Development Fraud
6. Libel
7. Malicious Intent
8. Malice
9. Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                                           $25,000,000.00

**NFL**
C/O Commissioner Roger Goodell
**345 Park Avenue**
New York, NY. 10154
Tel: 212-293-3050  Fax Letter: 1-212-681-7599

sabotage, corporate espionage and lossess for the plaintiff company Arts & Artists Inc. and C.E.O Anthony Henderson who has suffered these civil and criminal charges 3RD day of __Novemeber__ 2017.

*[signature: A. H.]*

**ANTHONY HENDERSON PRO SE**

SIGNED on ___November 3 2017___ .

SUBSCRIBED AND SWORN TO before on _November 3_ , 2017

**DAVID J. BRADLEY Clerk**
**UNITED STATES DISTRICT CLERK**

By:_____
Deputy United States Clerk of Court

*[signature: A. H.]* :

**ANTHONY HENDERSON PRO SE**
**3607 Ninock**
**Shreveport, La. 71108**
**Cell: 832-815-7006 Phone: 318-631-8707**

| Franchise | Owner | Year |
|---|---|---|
| Arizona Cardinals | Bill Bidwill | 1972 |
| Atlanta Falcons | Arthur Blank†[1] | 2004 |
| Baltimore Ravens | Steve Bisciotti†[1] | 2004 |
| Buffalo Bills | Kim and Terry Pegula | 2014 |
| Carolina Panthers | Jerry Richardson[2] | 1993 |
| Chicago Bears | Virginia Halas McCaskey†‡[3] | 1983 |
| Cincinnati Bengals | Mike Brown‡[3] | 1991 |
| Cleveland Browns | Jimmy Haslam | 2012 |
| Dallas Cowboys | Jerry Jones | 1989 |
| Denver Broncos | Pat Bowlen†[6] (Bowlen Family Trust) | 1984 |
| Detroit Lions | Martha Ford†[1] | 2014 |
| Green Bay Packers | Green Bay Packers, Inc. (governed by a Board of Directors)[5] | 1923 |
| Houston Texans | Robert C. McNair†[2] | 1999 |
| Indianapolis Colts | Jim Irsay‡ | 1997 |

| Franchise | Owner | Year |
|---|---|---|
| Jacksonville Jaguars | Shahid Khan | 2012 |
| Kansas City Chiefs | Clark Hunt‡[3] | 2006 |
| Los Angeles Chargers | Alex Spanos† and family[1,6] | 1984 |
| Los Angeles Rams | Stan Kroenke[1] | 2010 |
| Miami Dolphins | Stephen M. Ross† | 2008 |
| Minnesota Vikings | Zygi Wilf† | 2005 |
| New England Patriots | Robert Kraft | 1994 |
| New Orleans Saints | Tom Benson | 1985 |
| New York Giants | John Mara (50%)[4]<br>Steve Tisch (50%) | 2005 |
| New York Jets | Robert Wood Johnson IV | 2000 |
| Oakland Raiders | Carol and Mark Davis (mother and son)†‡ | 2011 |
| Philadelphia Eagles | Jeffrey Lurie and Christina Weiss Lurie | 1994 |
| Pittsburgh Steelers | Art Rooney II[4] (60%) and family (12%)[3,4] | 2017 |
| San Francisco 49ers | Jed York‡[1] | 2009 |

| Franchise | Owner | Year |
|---|---|---|
| Seattle Seahawks | Paul Allen | 1997 |
| Tampa Bay Buccaneers | Bryan Glazer, Edward Glazer, Joel Glazer and Darcie Kassewitz‡ | 2014 |
| Tennessee Titans | Susie Smith, Amy Strunk, Susan Lewis [3] Barclay and Kenneth Adams IV‡[4] | 2013 |
| Washington Redskins | Dan Snyder† | |

## UNITED STATES OF AMERICA SOUTERN DISTRICT COURT OF TEXAS

**JURY TRAIL**

ANTHONY HENDERSON　　　　　　　　　　　CASE NO: _____
ARTS & ARTISTS INC.
VS.
NFL COMMISSIONER
ROGER GOODELL

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the above **ANTHONY HENDERSON AND ARTS & ARTISTS INC.** in the case of Anthony Henderson and Arts & Artists Inc. vs. NFL, A letter thereon was sent by regular mail on 3RD day _November_, 2017.

Respectively Submitted By:

_____

**Anthony Henderson Pro Se**
3607 Ninock
Shreveport, La. 71109
Cell: 832-815-7006 Phone: 318-631-8707

NFL Commissioner  Roger Goodell
345 Park Avenue
New York, NY. 10154
Tel: 212-293-3050 Fax: 212-681-7599

1