| TO:<br>**Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

| Action or Appeal? **Action** | Court Name and Location |
|---|---|
| Docket No.<br>4:17–cv–03445 | Date Filed:<br>11/9/2017 |

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION
United States District Court
515 Rusk Ave
Houston, TX 77002

| Plaintiff(s)<br>Anthony Henderson, et al. | Defendant(s)<br>NFL Commissioner Roger Goodell, et al. |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**A copy of the complaint is being mailed with this form.**

| Clerk:<br>David J. Bradley, Clerk | By Deputy Clerk:<br>C Krus | Date:<br>11/13/2017 |
|---|---|---|