UNITED STATES DISTRICT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JURY TRAIL<br>ANTHONY HENDERSON<br>ARTS & ARTISTS INC. | ) | |
| Plaintiffs | ) | Case No. 4:17-CV--3445 |
| v. | ) | |
| NFL COMMISSIONER ROGER GOODELL<br>OWNERS | ) | |
| Defendants Consolidated Lawsuit | | |

SETTLEMENT TERMS AND CONDITIONS

Re: Case No: 4:17-cv-3445 Anthony Henderson & Arts & Artists Inc. et al v. NFL Commissioner Roger Goodell and NLF Owners Bill Bidwill, Arthur Blank, Steve Bisciotti, Kim & Terry Pegula, Jerry Richardson, Virginia Halas McCaskey, Mike Brown, Jimmy Haslam, Robert Wood Johnson IV, Carol & Mark Davis, Jeffery Lurie & Christian Wiess Lurie, Art Rooney II, Jed York, Paul Allen, Bryan Glazer, John Mara, Steve Tisch, Susie Smith, Amy Strunk, Susan Lewis, Barclay Adam, Kenneth Adams, Dan Synder, Jerry Jones, Pat Bowlne, Martha Ford, Green Bay Packer Inc., Robert C. McNair, Jim Irsay, Shahid Khan, Clark Hunt, Alex Spanos, Stan, Kroenke, Stephen M. Ross, Zygi Wilf, and Robert Kraft.

Dear Attorney For The Defendants:

I. PROMPT SETTELMENT OFFER:

A. Will the defendant agree or disagree with the $5 Million Dollars settlement that plaintiff Anthony Henderson and Arts & Artists Inc. extend to all of the defendants.
B. If the any defendants disagree with the term offer by the plaintiff please explain why.
C. What settlement offer is the defendant willing to present to the plaintiff as a prompt settlement offer.
D. Will the plaintiff accept the defendant new settlement term and offer.

II. PLAINTIFF DEMANDS AND SETTLEMENT CONDITIONS:

A. Plaintiff demands all companies cease manufacturing, distributing, retailing and marketing the plaintiff product design concepts.

B. Plaintiff demands that present merchandise of the defendants in their retail stores and their on shelves shall be re-call and remove from retail store floor levels.

C. NFL televised or engage in any product manufacturing of the plaintiff company design concepts until a copyright licensing agreement has been signed by all parties. The plaintiff company is not willing to enter into agreement with them for the next 2 years.

II. FINANCIAL COMPENSATION AND SETTLEMENT COORDINATION:

A. Plaintiff is willing to accept a onetime $5 Million Dollars Lump Sum Settlement from every defendant.

B. Plaintiff is willing to accept a Structure Default payment plan for case 4: 17-cv-0100 defendant for $30 Million .

C. Plaintiff is willing to accept (3) two $10 Million Dollar Structure Default payment plan from the defendant and first $1 Million within 30 days to 60 days period from the Conference-Mediation date on March 2, 2018.

D. Plaintiff will expect a $10 Million Dollars payment under this structure Default payment plan from the defendant on June 19, 2018 and another $10 Million Dollars payment will be due from every defendant under this structure Default payment plan on November 10, 2018.

E. The defendant attorney or legal representative shall establish a date and time for the plaintiff can procure his settlement check at the financial institution or bank of the plaintiff choice. For the plaintiff can securely deposit his settlement checks into his bank account. The first check shall be Paid to Order of Anthony Henderson.

V. BREACH OF SETTLEMENT TERMS AND CONDITIONS:

A. If any of the defendants breach these terms and conditions a Default Motion will be filed into federal court. The plaintiff will seek a $25 Million Dollar Default Judgment against the defendant. If any of the defendants breach the structure settlement agreement the plaintiff will seek the balance of the $25 Dollar Default Judgment against the defendant.

VI. IMMDEDAITE COPYRIGHT INFRINGMENT COMPENSATION:

The plaintiff require and demand immediate compensation for copyright infringement from the NFL Commissioner Roger Goodell and owners of a $200,000.00 as a good faith payment within the next 20 days after the conference day on March 2, 2018. The plaintiff demand immediate compensation for his past, present, and future pain and suffering. The plaintiff demand immediate just compensation to offer him the ability to change his lifestyles and to rescue him

from the condition of poverty. The plaintiff require and demand immediate just compensation to change his present living status and to re-establish his company Houston Corporate Head Quarter location.

VII. MERCHANDISE AND COUNTERFIETING PROTECTION PLAN:

Plaintiff demand Nike-Michael Jordan Brand do not manufacture, distribute, market, nor retail the plaintiff company design concept in collaboration with their company branding to determine if there any type of counterfeit merchandising. The plaintiff refuse to enter into a copyright licensing agreement with these brands for the next 2 years NFL.

VIII. SETTLEMENT PAYMENT COORDINATION:

The plaintiff and the defendant attorneys are legal representative will coordinate a compensation and settlement check pick-up location either by mail or physical settlement pick-up location.

PLAINTIFF SETTLEMENT SUMMATION:

What the defendant has done and continue do blatantly is somewhat like stealing Michael Jackson Master Recording Album and began selling it all over America and all over world his music without Motown Records, Epic Records, nor Sony Records entering into a recording company agreement or recording contract, nor record deal being never being put in place before releasing Michael Jackson music and his album all across the world. While leaving Michael Jackson and his family in Gary, Indiana in homelessness and poverty conditions. The plaintiff work and art form is equivalent to Michael Jackson's musical singing and dancing art form. The plaintiff work and art form is being sold all over America and the world generating billions of dollars in merchandise sales in the global sport apparel and fashion industry. The plaintiff Hip-Hop Fashion product design concept has sold all over the world without just compensation from the America fashion industry nor the global fashion industry. Mr. Anthony Henderson is probably one the best unknown and unsuccessful Black hip-hop artists and fashion designer by product design sale volume. It is obvious something wrong with today sports and entertainment management companies because they refused to contact Mr. Henderson company or enter any type of contractual agreement with Mr. Henderson who is a Black artist before this lawsuit.

Black entertainment provides billions of dollars in annual sale for American corporations and Corporation all over the world. Economically, in the 80's, 90's, early 2000's Death Row Records sold over $325 Million Dollar record and revenue in a 4 year period. Tupac one of his record company recording artist, the Michael Jackson of Hip-Hop sold and generated $60 Million Dollars in global records sales in his short recording career. After a 10 year period Death Row generated $725 Million Dollars in revenue and of course Michael Jackson sold Billion in records

sale. Arts & Artists Inc. also is the corporate owner of 2 record companies JL Records, and OORecords. However, Just Living Fashion Company hip-hop Fashion designs has a proven shelf life of 5 years and more. Just Living Fashion Company Hard-Times Raggedy Jeans design was stolen from Mr. Henderson and placed on the retail market in 2010 and has been hot fashion item for 7 years now and counting. However, Mr. Henderson a Black American Artist has not just compensated by any companies for his fashion design.

Mr. Henderson Writing on the Butt design was stolen and place on market at the retail store in 2005 and heavily sold in the global hip-hop fashion industry and the shelves for over 5 years. Mr. Henderson plan is return his company Writing On The Butt Design original swimsuit design to regain it shelf life with the collaboration of his company new Reparation anatomy design concept, breast, thigh, knee and number on the knees and hip-hop jumpsuits wear. Mr. Henderson Reparation anatomy design was stolen in 2015 by many of these defendants and was place on the market for 2 years. Once again without just compensating Mr. Henderson who is Black artist who design is gaining more and more popularity in America and throughout the world. Mr. Henderson design have proven they have economic value and him and his company want to be fairly compensated for his work and his art form like many of the Black entertainment companies, Black entertainers, and Black artists that has existed since the era of Jazz in America.

IX: DEFENDANT DISCLOSURE:

A. The plaintiff demand disclosure for his company files.

Signed on day of 21th , February, 2018.

Respectively Submitted By:

A H

**Anthony Henderson Pro Se**
3607 Ninock
Shreveport, La. 71109
Cell: 832-815-7006 Phone: 318-631-8707