United States District Court
Southern District of Texas

**ENTERED**
March 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY HENDERSON ARTS & ARTISTS INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:17-cv-03445 |
| NFL COMMISSIONER ROGER GOODELL OWNERS, | § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Defendants' Motion to Dismiss (the "Motion"). After considering the Motion, to which no response was filed, as well as the pleadings on file, the Court is of the opinion that the Motion has merit and should be GRANTED.

It is, therefore, ORDERED that the Motion to Dismiss is hereby GRANTED.

It is further ORDERED that Plaintiffs Anthony Henderson and Arts & Artists Inc.'s claims against the Defendants are hereby DISMISSED.

SIGNED ___March 1___, 2018.

_____
PRESIDING JUDGE