United States Courts
Southern District of Texas
FILED

JUL 27 2023

Nathan Ochsner, Clerk of Court

## UNITED STATES OF AMERICA SOUTERN DISTRICT COURT OF TEXAS

**JURY TRAIL**

ANTHONY HENDERSON
ARTS & ARTISTS INC.
VS.
NFL COMMISSIONER ROGER GOODELL
OWNERS
Defendants Consolidated Lawsuit

CASE NO: 4: 17-CV-3445

## DECLARTION OF UNITED STATES OF AMERICA CITIZENSHIP

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW ANTHONY HENDERSON AND ARTS & ARTISTS INC. the plaintiff in the above entitled and numbered cause and respectfully moves this court grant this civil lawsuit against the defendant Owners of the NFL: Bill Bidwill, Arthur Blank, Steve Bisciotti, Kim & Terry Pegula, Jerry Richardson, Virginia Halas McCaskey, Mike Brown, Jimmy Haslam, Robert Wood Johnson IV, Carol & Mark Davis, Jeffery Lurie & Christian Wiess Lurie, Art Rooney II, Jed York, Paul Allen, Bryan Glazer, John Mara, Steve Tisch, Susie Smith, Amy Strunk, Susan Lewis, Barclay Adam, Kenneth Adams, Dan Synder, Jerry Jones, Pat Bowlne, Martha Ford, Green Bay Packer Inc., Robert C. McNair, Jim Irsay, Shahid Khan, Clark Hunt, Alex Spanos, Stan, Kroenke, Stephen M. Ross, Zygi Wilf, and Robert Kraft.

I ANTHONY HENDERSON is declaring that I am Black American Christian Citizen of the United States of America. Who is Christian that believe in God, Jesus Christ, and the words from Holy sChristian Bible and I am declare that I ANTHONY HENDERSON is under the Constitutional Rights of a United States of American Citizen and is under the Constitution and Civil Rights of the United States of America 1964 Civil Rights Bill protecting my citizenship from discrimination because of my race, origin, sex, sexual orientation and age.

I ANTHONY HENDERSON is Black American Citizen that believe in God and Jesus Christ living, and residing in the United States of America and no matter what State of the Union that I am in I ANTHONY HENDERSON is not subject to any dictate, rules of law, and shall not and can not be order or governed by any other government beside that of the United States of America and the United States of America Constitution and the State Constitution within the governing states of the United States of America.

I ANTHONY HENDERSON is not and can not be under in other government governance or orders that is not constitutionally bound by the United States of America Executive, Judicial, and

I ANTHONY HENDERSON is not and can not under the governance or order of any Military form of governance and can not lawful be pursue by any military government as a Christian Citizen of the United States of America. I ANTHONY HENDERSON have the rights of Christian American Citizen in the Public Domain of the United States of America and I have all rights. Privileges, entitlements and benefits granted to United States of America Citizens under the rules of law provided by those programs within the United States of America in every State of the Union and I have right to travel without the invasion of my privacy and without government interference.

I ANTHONY HENDERSON have the rights to all my benefits and entitlements of a United States of American citizen granted by the United States of America Benefits and Entitlement Program including my Social Security Benefit Program under the Due Process of Law. These United States of America Benefits and Entitlement Program are based on need and taxation with representation. My government benefits and entitlement from the United States of America benefits and entitlements programs can not lawfully be transferred to anyone else or to any other government benefit or entitlement programs nor can not they be denied to any United States of America citizen because of legal action or lawsuit as form of Lawsuit Retaliation.

Attached to this DECLARATION OF UNTIED OF AMERICA CITIZENSHIP is copy of my birth certificate issued by the State Of Louisiana on 26th day of March 1960 declaring that I am United States of America Citizen with the Birth Rights and entitlement granted and provided by the United States of America Constitution and United States Of America government entitlement and benefit programs.

I ANTHONY HENDERSON have legally transcribed and document the facts that I am United Stated of America Citizen born in State of Louisiana in the city of Shreveport, LA., and have all the legal rights granted to a Christian Citizen who believe in God and Jesus Christ that is under the 4th and 5th Amendment of the United Stated of America Constitution that provide all American Citizen Due Process of Law in every court in the land, in every State of the Union, in every City, in every township throughout the United States of America Constitution and we pray before the courts, God and Jesus Christ.

I ANTHONY HENDERSON can not and shall not be placed under the order of direction of any Military form government in the Public Domain without a Public Domain Announcement from the Executive Branch government from the United States of America President and once order has been restored the government must return to being a civilian ran government. I ANTHONY HENDERSON do not have to obey any military order in my family setting, residence, occupation, or business nor can any of my Freedoms as a United States of America Black Christian American Citizen can not be denied to me that are prescribed by the United States of America Constitution in the 1st Amendment, the Right to Freedom of Speech, Freedom of Religion, the

HENDERSON do not have to obey any military order in my family setting, residence, occupation, or business nor can any of my Freedoms as a United States of America Black Christain American Citizen can not be denied to me that are prescribed by the United States of America Constitution in the 1st Amendment, the Right to Freedom of Speech, Freedom of Religion, the Right of Assemble, and the rights to Petition My Government With Greivance without reprisal or retalitation from my government.

I ANTHONY HENDERSON under the United States of America Constitution are assured of these Constitution Rights, Freedom, and Liberties during the process of my Pursuit of Happiness within the United States of America under the United States of America Constitution within the United States of America. I ANTHONY HENDERSON is not enlisted as Military Officer-Solider or receive any type of Military Commission, or Compensation for performing any duty as a Military Officer-Solider but I ANTHONY HENDERSON have all rights granted to Christian American Citizen that believe in God, Jesus Christ, and the words of the Holy Christian Bible and is under the protection of the United States of America Constitution and have rights to defend and protect my family, my property, and my wealth from predator, criminals, tryants and tranny.

We pray that I ANTHONY HENDERSON a Black American Christian Citizen that believe in God, Jesus Christ, and the word from the Holy Bible all Constitutional Rights, and Civil Rights be granted and protected under the United States of America Constitution throughout the United States of America.

**SUBSCRIBED AND SWORN TO this day of** 27th, July **2023**

**SIGNED on** July 27, 2023.

A.H

**ANTHONY HENDERSON PRO SE**
**3607 NINOCK**
**SHREVEPORT, LA. 71109**
**PHONE: 318-631-8707**

## UNITED STATES OF AMERICA SOUTERN DISTRICT COURT OF TEXAS

**JURY TRAIL**

ANTHONY HENDERSON CASE NO: 4: 17-CV-3445

ARTS & ARTISTS INC.

VS.

NFL COMMISSIONER ROGER GOODELL

OWNERS

Defendants Consolidated Lawsuit

## CERTIFICATE

## DECLARTION OF UNITED STATES OF AMERICA CITIZENSHIP

I hereby certify that true and correct copy of the above since the filing of this lawsuit in the United States of America Southern District Court of Texas. I Anthony Henderson me, my family, and business has become a victim of more White-Collar Crimes and Lawsuit Retaliation. I am Anthony Henderson is a victim of pattern of Conspiracy, Racketeering, Police Harassment, Extortion, Illegal Search and Seizures, Theft of Family Estate Property listed in this lawsuit as mailing address, Theft of Section 8 Housing Vouchers, and been denied my Social Security Retirement Benefits, and my mother Mrs. Verma Lee Henderson was kidnapped from the Family Estate listed on this lawsuit and the Shreveport Police Department and every State Of Louisiana Law Enforcement Agency has refused and Neglect to investigate my mother kidnapping.

I ANTHONY HENDERSON is declaring my United States of America Citizenship and Civil Rights be protected under the United States of America rules of law in this said court.

Respectively Submitted By:

A.H

**Anthony Henderson Pro Se**
3607 Ninock
Shreveport, La. 71109
Phone: 318-631-8707

STATE OF LOUISIANA

CERTIFICATION OF VITAL RECORD

# CERTIFICATION OF BIRTH

BIRTH NO: 119-1960-014-00357

8410179

CHILD'S NAME (LAST, FIRST, SECOND)
HENDERSON, ANTHONY

| BIRTH DATE | TIME OF BIRTH | SEX | NUMBER BORN | BIRTH ORDER |
|---|---|---|---|---|
| March 26, 1960 | **** | M | 1 | 1 |

PLACE OF BIRTH (CITY, TOWN, OR LOCATION)
SHREVEPORT

NAME OF HOSPITAL OR INSTITUTION
CONFEDERATE MEMORIAL

RESIDENCE OF MOTHER/PARENT (CITY, TOWN, OR LOCATION)
SHREVEPORT

| PARISH | STATE | ZIP Code |
|---|---|---|
| CADDO | LA | 00000 |

STREET ADDRESS OF RESIDENCE
14030 ASHTON ST.

FATHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE (LAST, FIRST, SECOND)
HENDERSON, CAZELL

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
HOMER, LOUISIANA

AGE AT THIS BIRTH
30

MOTHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE (LAST, FIRST, SECOND)
HOLMES, VERMA LEE

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
SHREVEPORT, LOUISIANA

AGE AT THIS BIRTH
28

| FILE DATE | DATE ISSUED |
|---|---|
| April 20, 1960 | November 23, 2021 2:16:27 PM |

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

ISSUED BY: Davis, Sandra ,

008410179

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

DEVIN GEORGE
STATE REGISTRAR

DHH-OPH LOUISIANA

AmeriTech, Incorporated

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

UNITED STATES OF AMERICA
FEDERAL COURT RULES AND GUIDELINES

# 21 DAYS SUMMON

You have 21 Days By-Law to answer a lawsuit with a 21 days summon requirement. When the 21 Days have expired. Both the plaintiff and the defendant or the defendants attorney or their legal representative should receive a Default Notification from the court by mail within 30 to 60 days. New federal courts rules and court guidelines protecting both the plaintiffs and defendants against discrimination. All court Orders and Judgment requiring a Judge signature must be obtained by court Case Manager within 3 Months, 1 year, or 365 days. After their attorney has filed a Default Motion, Default Order, and Default Judgment against the defendant or defendants.

Case Management New Computer Program

1. This is the Case Manger 1st 30 Days Notification that a judge signature is required.
2. This is the Case Manger 2nd 60 Days Notification that a judge signature is required.
3. This is the Case Manger 3rd 90 Days Notification that a judge signature is required.
4. This is the Case Manger 4th 120 Days Notification that a judge signature is required.
5. This is the Case Manger 5th 150 Days Notification that a judge signature is required.
6. This is the Case Manger 6th 180 Days Notification that a judge signature is required.
7. This is the Case Manger 7th 210 Days Notification that a judge signature is required.
8. This is the Case Manger 8th 240 Days Notification that a judge signature is required.
9. This is the Case Manger 9th 270 Days Notification that a judge signature is required.
10. This is the Case Manger 10th 300 Days Notification that a judge signature is required.
12. This is the Case Manger 11th 330 Days Notification that a judge signature is required.
13. This is the Case Manger 12th 365 Days Notification that a judge signature is required.

Case Management New Computer Program

ANTHONY HENDERSON

| ARTS & ARTISTS INC. | VS. | DEFENDANTS |
|---|---|---|
| 1. NFL | DF-NR | $30 MILLIONS |
| 2. NBA | DF-NR | $30 MILLIONS |
| 3. NCAA | DF-NR | $30 MILLIONS |
| 4. NIKE | DF-NR | $30 MILLIONS |
| 5. ADIDAS | DF-NR | $30 MILLIONS |
| 6. UNDER ARMOUR | DF-NR | $30 MILLIONS |
| 7. AND1 | DF-NR | $30 MILLIONS |
| 8. WAL-MART | DF-NR | $30 MILLIONS |
| 9. CITI-TREND | DF-NR | $30 MILLIONS |
| 10. FAMILY DOLLAR | DF-NR | $30 MILLIONS |
| 11. MLS | DF-NR | $30 MILLION |
| 12. HARRIS COUNTY CRIMINAL COURT SYSTEM CV 03576 | DF-NR | $25 MILLIONS |
| 13. NFL GOODELL | DF-NR | $5 MILLION |
| 14. HARRIS COUNTY CRIMINAL COURT SYSTEM H-2308 | WAIVED | WITHDRAWN |

Case Management New Computer Program

| | | |
|---|---|---|
| 15. H.C.P.C | WAIVED | WITHDRAWN |
| 16. CITY OF HOUSTON | WAIVED | WITHDRAWN |
| 17. PROVILLA SCRUGS | DF-NR | $100K & BOTH HOUSES OR $200K |

(*DF-NR) DEFAULT NOTIFICATION REQUIRED

The Civil Rights Act Title VI of 1964 Against Discrimination based on Race, Sexual Preference, or Economic Status is prohibited and against the law.

MEASUREMENT OF ACCOUNTABILITY

Case 5 years old or older should not continue to be held in the best civil court legal system in the world. This why new federal court guidelines and new federal court legislation should be wrote and a new bill must be enacted and approve by congress to prevent any type of discrimination by court staff based on race, gender, sexual preference, or economic status in the United States of America Federal Court System. If a federal court employee fails to fulfil and uphold these guidelines that employee can be and should be subject to termination of their employment from the United States of America Federal Court System.